Todd L. Peterson, Esq. (SBN 142438)
Samuel M. Zaif, Esq. (SBN 116391)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
101 California Street, Suite 2050
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638

Attorneys for Plaintiff,
Empire Fire and Marine Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE AND MARINE INSURANCE COMPANY, a corporation duly organized under the laws of the State of Oklahoma, with principal place of business in the State of Nebraska, <br><br> Plaintiff, <br><br> v. <br><br> Mark Broom, III, an individual; Karen L. Broom, an individual; and Does 1 through 50, <br><br> Defendants. | No. 2:05-CV-00716-MCE-DAD <br><br><br><br><br> ORDER EXTENDING TIME TO SERVE DEFENDANT MARK BROOM |

Plaintiff's counsel having requested an extension of 30 days in which to complete service of summons upon defendant Mark Broom, and good cause appearing therefore,

The Court orders as follows:

1.    Plaintiff shall have through and including  September 11, 2005 to effect service on defendant Mark Broom of the Summons and Complaint.

IT IS SO ORDERED:

Dated: August 26, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE