UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EMPIRE FIRE ADN MARINE INSURANCE COMPANY,

    Plaintiff,

  v.

MARK BROOM, III, an individual; KAREN L. BROOM, an individual; and DOES 1 through 50,

    Defendants.

No. 2:05-cv-0716-MCE-DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 24, 2006.

///
///
///
///
///

    Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

    IT IS SO ORDERED.

DATED: January 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE